UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*****************************************
MICHAEL J. BALDASSARIO,      *
                 Plaintiff,  *
                             *    CIVIL ACTION No. 3:03-CV-308 (MRK)
                             *
          v.                 *
                             *
                             *    JANUARY 29, 2004
SECURITY SERVICES OF         *
    CONNECTICUT, INC.,       *
                 Defendant.  *
*****************************************
```

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56, Defendant, Security Services of Connecticut, Inc. ("SSC") respectfully moves that summary judgment enter in its favor in this matter and the Complaint be dismissed in its entirety.

It is the position of SSC that there is no material fact in this matter which gives rise to a genuine issue to be tried. Further, in light of all of the material facts it is Defendant's position that: (1) Plaintiff has failed to prove a prima facie case of age discrimination; and (2) In addition, even if a prima facie case may exist, SSC acted for legitimate non-discriminatory business reasons in eliminating Plaintiff's position as area manager of its Hartford district and there is no substantial evidence which would show

ARGUMENT REQUESTED/
      TESTIMONY NOT REQUIRED

those legitimate reasons to be pretextural.

In support of this motion, Defendant files simultaneously herewith a Memorandum of Law in Support of its motion, a Local Rule 56(a)(1) Statement, excerpts from Plaintiff's deposition, and affidavits by Louise Linsky, Michael Burbage, Eric Griffin and counsel.

Wherefore, Defendant respectfully requests the following relief:

1. Summary Judgement in its favor;

2. Dismissal of the Complaint in its entirety;

3. An award of costs in this action; and

4. Such other further relief as the Court may deem to be just and fair.

                    Respectfully submitted,

                    THE DEFENDANT
                    SECURITY SERVICES
                        OF CONNECTICUT, INC.

By:_____
      Peter E. Gillespie (ct06554)
      46 Riverside Avenue
      Westport, CT 06880
      Tel: (203) 227-7000
      Fax: (203) 454-5508
      Email: petelaw@attglobal.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 29th day of January, 2002 upon the following by first class post, postage pre-paid:

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

_____
Peter E. Gillespie