UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*****************************************
MICHAEL J. BALDASSARIO,      *
                 Plaintiff,  *
                             *        CIVIL ACTION No. 3:03-CV-308 (MRK)
                             *
        v.                   *
                             *
                             *        JANUARY 29, 2004
SECURITY SERVICES OF         *
    CONNECTICUT, INC.,        *
                 Defendant.   *
*****************************************
```

## AFFIDAVIT OF MICHAEL G.  BURBAGE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Michael G. Burbage, being duly sworn, depose and state as follows:

1.  I am over 21 years of age and I believe in the obligations of an oath.

2.  I first began working for Security Services of Connecticut, Inc. ("SSC") in November 1, 1995  when I was hired as an Operations Manager, a job function now known as Area Manager.  I progressed through several positions at SSC, including first vice-president during the Spring and Summer, 2002.  I am now President of SSC, having been promoted into that job in June, 2003.

3.  SSC is engaged in providing uniform guard security services, investigative services, security for computers, networks and other high technology applications, and related services.  SSC is arranged along functional lines with a uniformed

security division, an investigations division, and other business divisions for the remaining business areas.

4.  Plaintiff, Michael J. Baldassario, was an area manager for the uniformed security division.  He was assigned to the Hartford district.

SSC's ADMINISTRATIVE STRUCTURE

5.  In the uniformed security division we deploy uniformed security officers to remote client sites.  At larger sites where there are several security officers on duty there may be a site supervisor to co-ordinate operations at the site.

6.  At the next level, SSC employs field inspectors, formerly known as field supervisors, who circulate among all of the sites in an assigned area.  Field inspectors are uniformed personnel.  Although they are salaried, they are eligible for additional compensation if they work in excess of their scheduled hours.  They are assigned so as to provide coverage of SSC operations 24 hours per day, seven days per week, 365 days per year.

7.  Field inspectors report to area managers, or, in the absence of an area manager, to a district manager.  Area managers are salaried, non-uniform personnel. They are scheduled to work a five day workweek from Monday to Friday, although they may be called outside of regular hours to cover an emergency or a special need. Attached hereto and made a part hereof, having been marked as Exhibit A, are the

-2-

job descriptions for the positions of field inspector and area manager which were in effect at all times material to this matter.  Mr. Baldassario also identified these job descriptions at his deposition.  In addition to the differences between these two positions which can be seen from the face of the job descriptions, Mr. Baldassario's monthly remuneration, including car allowance, exceeded Griffin's by $1,775/month; Baldassario received an annual IRA contribution while Griffin got none; and Baldassario had life insurance coverage in the face amount of $30,000 while Griffin received $20,000.

8.  Area managers report to district managers who, in turn, report directly to me, initially as first vice-president and now as president.

ECONOMIC CONCERNS IN SPRING, 2002

9.  In the late Spring of 2002 it became apparent that SSC would have to make some adjustment in its business operations.  There were several reasons supporting this conclusion.  First, the uniformed security division was under increasing competition and was not profitable.  There had been several mergers and acquisitions causing a consolidation giving rise to stronger competitors attacking SSC.  Second, as Ms. Linsky explains in her affidavit, insurance costs were increasing rapidly.  Since the uniformed security division is the most labor intensive of SSC's business operations, increased costs are a major concern.  Finally, there

was a realignment underway in the uniform security division.

10.  In the period January, 2000 to July, 2002 SSC organized its uniformed security operations as two districts: Hartford and Bridgeport/White Plains.  The clear trend was that the Hartford district was declining while the Bridgeport/White Plains district was growing fairly quickly.  I have reviewed our client accounts and prepared a tabulation, on a weekly basis, of guard hours gained and hours lost, account by account, for this period.  During the relevant period, the Hartford district gained 17 accounts for a total of 1,144.75 hours/week.  In the same period, however, Hartford lost 24 accounts totaling 1,898.5 hours/week.  <u>Hartford had a net loss 753.75 hours/week</u>[1].  The opposite is true for Bridgeport/White Plains: 25 new accounts were gained for a 6,841 hours/week while 3 accounts totaling 464 hours/week were lost.  <u>Bridgeport/White Plains District showed a net gain of 6,377 hours/week</u> during the period.

11.  I discussed these trends with David Linsky during the Spring, 2002.  At that time I was first vice-president.  My duties concerned the uniformed security division.  Mr. Linsky was then President and CEO with responsibilities for all of SSC's operations.  Mr. Linsky asked me to prepare a recommendation for the uniformed security division to address both cost-savings and business trends.

_____

[1]

At an average billing rate of $13.00/hour, this is a net loss of $509,535.00 on an annualized basis.

-4-