12. As my discussions with Mr. Linsky continued in the late Spring and early Summer of 2002 it became clear that to the extent practicable, he wanted to begin to shift the focus of SSC's business from the high cost, low margin uniformed security officer to higher profit areas, such as investigations and technology.

RECOMMENDATIONS FOR REORGANIZATION OF UNIFORMED SECURITY

13. On Monday, July 1, 2002 I presented my recommendations to Mr. Linsky. I had not discussed my recommendations or reasoning with any of the area managers who reported to me. The only person with whom I discussed my recommendations was David Linsky. I proposed to him a net reduction of three positions in the uniformed security division, including the elimination of the position of Hartford area manager. I documented my recommendation with a one page summary memorandum which I prepared and which I titled "Talking Paper." A copy of the Talking Paper is attached hereto and made a part hereof, having been marked as Exhibit B.

14. Mr. Linsky took two weeks or so to consider my recommendation and to see how it fit the overall plan. He decided to accept my recommendation. By that time, however, Mr. Baldassario had left on vacation. We waited for Mr. Baldassario to return before telling him of our plan to eliminate his position.

15. Although it had been my recommendation to eliminate Mr. Baldassario's position, Mr. Linsky elected to personally inform him of the decision.

16. At no time did Mr. Baldassario's age impact my recommendation in any way.

THE LAY-OFF OF PLAINTIFF

17. Mr. Baldassario was relieved of his duties on or about July 30, 2002. He was not replaced and his position of area manager remains eliminated to this day. That position has never been reinstated.

18. Following this separation SSC told Plaintiff that it would continue to pay him until he found new employment.

19. Following his separation, SSC invited Mr. Baldassario to continue to use its office facilities; provided him with computer generated job search materials; provided positive letters of recommendation; and contacted Murphy Security on Mr. Baldassario's behalf in an effort to assist him in securing new employment.

20. Eric Griffin did not replace Mr. Baldassario, nor did he assume Baldassario's duties. Mr. Griffin was hired as a field inspector to replace an individual in that same position who had earlier left employment. Mr. Griffin continues to work as a field inspector to this day.

21. Duties previously performed by Mr. Baldassario have been distributed among other area managers and the Hartford district manager. I should note that the position of Hartford district manager had been vacant in or about September 2001. I did not consider Mr. Baldassario for this position because he had told me on more than one occasion over the previous few years that he was not interested in the position of district manager.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Michael G. Burbage

Subscribed and sworn to before
me this      day of January, 2004.


_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 29th day of January, 2002 upon the following by first class post, postage pre-paid:

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

_____
Peter E. Gillespie