UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MICHAEL J. BALDASSARIO,         \*
              Plaintiff,   \*
                              \*     CIVIL ACTION No. 3:03-CV-308 (MRK)
                              \*
     v.                        \*
                              \*
                              \*     JANUARY 29, 2004
SECURITY SERVICES OF          \*
    CONNECTICUT, INC.,           \*
                   Defendant.   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **AFFIDAVIT OF DEFENDANT'S COUNSEL, PETER E. GILLESPIE**

I, Peter E. Gillespie, being duly sworn, depose and state:

1. I am over 18 years of age and I believe in the obligations of an oath.

2. Simultaneously herewith Defendant has submitted an Affidavit of Michael Burbage in Support of Its Motion for Summary Judgment. In his affidavit, at ¶10, Mr. Burbage summarizes a tabulation which he prepared relating to client accounts. He does not, however, produce the actual tabulation.

3. Defendant, Security Services of Connecticut, Inc. ("SSC") is a closely held corporation in a competitive industry. It is reluctant to release the underlying information onto the public record. On the other hand, even though this information was not sought in discovery, Plaintiff may have an entitlement to the underlying

tabulation if the Burbage submission is viewed as a summary.

4.  So as to resolve these issues amicably, counsel have agreed that Defendant will provide the tabulation to Plaintiff, subject to a confidentiality agreement between the parties.  I have prepared a letter memorializing our agreement and it is attached hereto and made a part hereof, having been marked as Exhibit A.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Peter E. Gillespie

Subscribed and sworn to before me
this    day of January, 2004.


_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 29th day of January, 2002 upon the following by first class post, postage pre-paid:

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

_____
Peter E. Gillespie