January 29, 2004

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

   Re: Baldassario v. Security Services

Dear Mr. Sikorsky:

  It was good to speak with you on Tuesday afternoon.

  Please find enclosed Defendant's Motion for Summary Judgment and supporting documents.  You will note that Mr. Burbage's affidavit, at ¶10, refers to his preparation of a tabulation, on a weekly basis, of guard hours gained and lost for the period January 1, 2000 through July 31, 2002.  He then sets forth the bottom line results of his tabulation, but the data itself is omitted.

  As we discussed, SSC, being a closely held corporation in a competitive industry is reluctant to make this information part of the public record.  On the other hand, we acknowledge that you are entitled to see the accounts on which Mr. Burbage relied so as to assure yourself as to the accuracy of the information.

  We agreed that I would supply the information to you, subject to your agreement that it would be retained by you in a confidential manner, not to be publically disclosed or disseminated to third parties, being used exclusively for purposes of this litigation.  I acknowledged, of course, that you would show this information to the Plaintiff.  Finally, you have agreed that I may represent to the Court that I we have agreed to a method by which I have provided you with the actual data from which Mr. Burbage drew his conclusions.

  Should a dispute arise as to the accuracy of Mr. Burbage's conclusions, we agreed to work toward a mutual agreement to use coded documents or some other like device so as to allow both parties to make their factual and legal arguments to the Court.

Igor Sikorsky, Esq.  January 29, 2004
Page 2

    If I have properly understood our agreement, kindly countersign this letter and return it to me in the envelop provided.

    I have enclosed copies of the tabulations on the condition that if we do not have an acceptable agreement they will be returned forthwith.

    Thank you for your courtesy in this matter.

                                Very truly yours,

                                Peter E. Gillespie

Acknowledged and Agreed:

_____
Igor Sikorsky, Esq.
Counsel for Plaintiff