UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************
MICHAEL J. BALDASSARIO, *
          Plaintiff, *
           * Docket No. 3:03-CV-308 (MRK)
           *
    v. *
           *
           * JANUARY 29, 2004
SECURITY SERVICES OF *
    CONNECTICUT, INC., *
          Defendant. *
*****************************************

## AFFIDAVIT OF ERIC GRIFFIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Eric Griffin, being duly sworn, depose and state as follows:

1. I am over 21 years of age and I believe in the obligations of an oath.

2. I am employed by Security Services of Connecticut, Inc. ("SSC"). I am assigned to the Hartford District.

3. In or about Spring, 2002 I applied for a job with SSC. I was interviewed by Mr. Michael Baldassario. Mr. Baldassario explained that the open position was a field inspector, that if hired he would train me, that I would be required to work weekends, that I would report to him and other details of the work. After meeting with Mr. Baldassario I was interviewed by one or two more individuals.

4. I was hired, and I was trained, as promised. I have continued to work for

SSC as a field inspector to the present time. I reported to Mr. Baldassario until he left SSC. Then I was assigned to report to the district manager. The other field inspector was treated the same way.

     5. My duties and job functions have been pretty much the same both before and after Mr. Baldassario left SSC. The only differences that I can think of, other than the change with respect to whom I report, is that since Mike left I have less client contact and I less frequently spend time tabulating hours worked by guards at their posts. I was never assigned to take over Mr. Baldassario's job as area manager, or his job functions.

     I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Eric Griffin

Subscribed and sworn to before me
this      day of January, 2004.


_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 29th day of January, 2002 upon the following by first class post, postage pre-paid:

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

                                                                              _____
                                                                              Peter E. Gillespie