UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. BALDASSARIO<br>Plaintiff, | : | 3:03-CV-308 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| SECURITY SERVICES OF<br>CONNECTICUT, INC. | : | |
| Defendant. | : | FEBRUARY 13, 2003 |

**MOTION BY CONSENT FOR EXTENSION OF TIME**

Plaintiff herein moves for an extension of time until March 20, 2004, within which he should respond to the Summary Judgment Motion filed by the defendant. This is the first such Motion made, and the defendant agrees to the granting of this Motion.

MICHAEL J. BALDASSARIO,

BY_____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, U.S. first-class mail, postage prepaid, this 13th day of February, to:

Peter E. Gillespie, Esq.
Post Office Box 3416
Westport, CT 06880

Igor I. Sikorsky, Jr.