UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. BALDASSARIO | : | |
| Plaintiff, | : | NO. 3:03CV308 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SECURITY SERVICES OF | : | |
| CONNECTICUT, INC. | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion By Consent For Extension Of Time [doc. #19], dated February 13, 2004, is hereby GRANTED. Plaintiff shall respond to defendant's summary judgment motion on or before March 20, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: February 19, 2004.