FILED
MAR 17  3 16 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. BALDASSARIO | : 3:03V308 (MRK) |
| VS. | : |
| SECURITY SERVICES OF CONNECTICUT, INC. | : MARCH 16, 2004 |

### MOTION BY CONSENT TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff moves for an extension of time to respond to the defendant's Motion for Summary Judgment, presently due March 2004 to April 28, 2004. This is the second Motion and is unopposed by defendant. Plaintiff will be absent from Connecticut from March 18 to March 28, 2004.

RESPECTFULLY SUBMITTED,

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
Fed. Bar #04233

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, U.S. first-class mail, postage prepaid, this 16th day of March, 2004, to:

Peter E. Gillespie, Esq.
Post Office Box 3416
Westport, CT 06880

*[signature]*
Igor I. Sikorsky, Jr.

Igor I. Sikorsky Jr. P.C.
P.O. Box 38
Unionville, CT 06085
Fed Bar # 04233

- 2 -