UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. BALDASSARIO | : | |
|     Plaintiff, | : | NO. 3:03CV308 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SECURITY SERVICES OF | : | |
| CONNECTICUT, INC. | : | |
|     Defendant. | : | |

**ORDER**

    Plaintiff's Motion By Consent To Extend Time To Respond To Motion For Summary Judgment [doc. #21], dated March 16, 2004, is hereby GRANTED.  Plaintiff shall respond to defendant's Motion for Summary Judgment on or before April 28, 2004.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 22, 2004.