UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. BALDASSARIO | : | 3:03V308 (MRK) |
| | : | |
| VS. | : | |
| | : | |
| SECURITY SERVICES OF | : | |
| CONNECTICUT, INC. | : | April 27, 2004 |

### AFFIDAVIT OF MICHAEL J. BALDASSARIO

Personally appeared, Michael J. Baldassario, and made oath to the following:

1. I am over the age of 18-years, and believe in the obligation of an oath.

2. I was born on July 3, 1945, and therefore am within the protected age class set forth by ADEA.

3. On or about July 1, 1980, I was hired by the defendant.

4. I have, as set forth hereinafter, served for 21 years in a wide variety of responsibilities for the defendant.

5. As of the time of my termination, I was serving as Area Manager for the defendant.

6. During the course of my 21 years, I have served under nine separate managers,

and never received reviews less than fully satisfactory.

7. During that 21-year period, I served in the various functions as follows: Area Manager – Hartford; Dispatcher – helped fill open shifts; New Officer Training; Personnel Department – New Officers; Open House and Job Fairs; Payroll and Billing – Hartford; Dis post orders for new and updated old accounts; worked as a security officer in an emergency; gave two field supervisors their work duties; attended Unemployment hearings; posted holiday coverage changes for all accounts.

8. The fact that performance was not an issue should be demonstrated by the attached documents which are signed both by individuals from the defendant and from their client, demonstrating the competency and value of my performance on behalf of the defendant.

9. During the spring of 2002, substantial new accounts were obtained to support the defendant (see attached list) which came in prior to my termination, and all of which were negotiated and obtained prior to my termination.

10. On July 30, 2002, I was summarily dismissed from my employment by Security.

11. I allege that my dismissal was motivated in some regard by my age, and state in support of that as follows:

- 2 -

    a.    I was the most senior person in the company, fully trained to perform a wide spectrum of positions within Security.

    b.    Security hired a substantially younger individual within six months of my termination, who assumed the majority of my responsibilities after my termination.

    c.    There were numerous other positions within Security for which I was qualified which were filled by employees substantially younger than I.

12. My termination occurred immediately after my return from vacation, and after I had fully trained a substantially younger individual who was assigned my duties.

13. Security Services has alleged substantial economic reasons for their actions in terminating me. However, I have reviewed all of the material furnished me by counsel for the defendant.

14. When I was employed at the defendant, there were six separate areas, and all of the accounts that were lost were not in my area, but were other accounts lost. None of the other managers, all of whom were younger than I, and all of whom lost some accounts, were terminated.

15. In a conference with Burbage (who filed an affidavit in this case), Burbage

- 3 -

informed me that David Linsky, "owes me for all the years with the company." He also referred to his age and made a statement about my being in "the twilight of my career."

16. As of July 31, 2002, just prior to my termination, billing rates for the Hartford area were increased.

                                                                        _____
                                                                       Michael J. Baldassario

Personally appeared, Michael J. Baldassario, who acknowledged his signature to be his free act and deed, and upon the truth of the material presented therein.

_____
Igor I. Sikorsky, Jr.
Commissioner of the Superior Court

- 4 -

                    RESPECTFULLY SUBMITTED,


BY_____
     Igor I. Sikorsky, Jr.
     P.O. Box 38
     Unionville, CT 06085
     Fed. Bar #04233

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing has been mailed, U.S. first-class mail, postage prepaid, this 27th day of April, 2004, to:

Peter E. Gillespie, Esq.
Post Office Box 3416
Westport, CT 06880

                    _____
                    Igor I. Sikorsky, Jr.