UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
************************************************
                                           *
MICHAEL J. BALDASARIO,
                 Plaintiff,                *    CIVIL ACTION NO. 3:03CV308(MRK)

        v.                                 *

SECURITY SERVICES OF                       *    June 4, 2004
        CONNECTICUT, INC.,
                 Defendant.                *
************************************************
```

## DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL

Simultaneously herewith Defendant's counsel has filed an Affidavit dated June 7, 2004 which includes two exhibits setting forth specific named client accounts which have been gained and lost by Defendant within a specified time period. The exhibits also contain information relating to the pricing of Defendant's services.

Defendant is engaged in a highly competitive business. Therefore Defendant respectfully requests that both of the exhibits to the Affidavit of Peter E. Gillespie dated June 7, 2004 be filed under seal.

Defendant has conferred with Igor Sikorsky, Counsel for Plaintiff, and he has no objection to this request.

        THE DEFENDANT
        SECURITY SERVICES OF
            CONNECTICUT, INC.

By: _____
    Peter E. Gillespie (ct06554)
    46 Riverside Drive
    P. O. Box 3416
    Westport, CT 06880
    Tel: (203) 227-7000
    Fax:(203) 454-5508
    Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was delivered by hand this 7th day of June, 2004 to the following:

Igor Sikorsky, Esq.
P. O. Box 38
Unionville, CT 06085

_____
Peter E. Gillespie