UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
*************************************************
                                    *
MICHAEL J. BALDASSARIO,
                    Plaintiff,     *     CIVIL ACTION NO. 3:03CV308(MRK)

        v.                          *

SECURITY SERVICES OF                *     JUNE 7, 2004
    CONNECTICUT, INC.,
                    Defendant.     *
*********************************************************
```

### AFFIDAVIT OF DEFENDANT'S COUNSEL PETER E. GILLESPIE

I, Peter E. Gillespie, being duly sworn, depose and state as follows:

1. I am over 21 years of age and I believe in the obligations of an oath.

2. In opposing Defendant's motion for summary judgment, Plaintiff filed an affidavit and stated, in part, that he had attached a list of new accounts. Plaintiff's Affidavit at ¶9. No such list was served on Defendant.

3. After receipt of Plaintiff's affidavit, the undersigned contacted Plaintiff's

counsel in an effort to obtain a copy of the missing list. After a short delay, Plaintiff's counsel indicated that there was some confusion as to whether a list had been submitted to the Court. Plaintiff's counsel then left for a long planned vacation.

4. I reviewed the electronic database maintained by the Court, but it did not reflect any attachment to Plaintiff's affidavit. Finally, I went to the Clerk's office and reviewed the physical file in this matter. There was no list attached to Plaintiff's affidavit so far as I could determine.

5. It is the belief of the undersigned that this confusion likely results from the good faith attempts of Plaintiff to honor a confidentiality agreement between the parties concerning certain materials setting forth identities and other sensitive information relating to Defendant's clients. See the earlier affidavit filed by me in this matter and dated January 24, 2004. This information, in summary form, was discussed by Mr. Burbage in his affidavit submitted in support of Defendant's motion.

6. In an effort to avoid further confusion, a copy of the tabulation referred to, but not previously submitted, is attached hereto, having been labeled as Exhibit A. By motion filed simultaneously herewith, Defendant respectfully requests that this exhibit be filed under seal.

7. It should be noted that following service of the tabulation on Plaintiff, several issues were discussed between the parties. As a result of questions raised by Plaintiff, it was discovered that through clerical error one client had been listed two times for the same transaction, a loss of work in the Hartford District. The duplicative entry was deleted and the arithmetical entries were corrected. For this reason the actual, corrected tabulation now shows a small variance from the original entries discussed by Mr. Burbage in his affidavit. Defendant believes that the variance is neither relevant nor material. A corrected tabulation is attached as Exhibit B. By motion filed simultaneously herewith, Defendant requests that Exhibit B also be filed under seal.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Peter E. Gillespie

Subscribed and sworn to before
me this      day of June, 2004.

_____