UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL J. BALDASSARIO | : | |
|     Plaintiff, | : | NO. 3:03CV308 (MRK) |
| | : | |
| v. | : | |
| | : | |
| SECURITY SERVICES OF | : | |
| CONNECTICUT, INC. | : | |
|     Defendant. | : | |

### ORDER

For the reasons stated on the record at oral argument on June 7, 2004, Defendant's Motion to File Document Under Seal [doc. #5] is DENIED.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 10, 2004.