UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL J. BALDASSARIO : | |
| Plaintiff, : | NO. 3:03CV308 (MRK) |
| v. : | |
| : | |
| SECURITY SERVICES OF : | |
| CONNECTICUT, INC. : | |
| Defendant. : | |

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 15, 2004, entered a Ruling on the defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 16th June, 2004.

KEVIN F. ROWE, CLERK
By
  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____